79 F.3d 1510w
 108 Ed. Law Rep. 65, 96 Cal. Daily Op. Serv. 2154,
96 Daily Journal D.A.R. 3654,
96 Daily Journal D.A.R. 3771
 Sarah LOVELL, a minor, by and through her guardian ad litem,
Gregory C. LOVELL; Gregory C. Lovell, Plaintiffs-Appellees,
v.
POWAY UNIFIED SCHOOL DISTRICT; Scott Fisher, in his
official capacity; Mary Heath, in her official
capacity, Defendants-Appellants.
 No. 94-55715, 94-55717.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Nov. 16, 1995.
Decided March 29, 1996.
For Superseding Opinion, see 1996 WL 400457.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION